UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY BARKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:06CV1603 CDP |
| ) | |
| BAYER CROPSCIENCE LP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case was originally filed in this district, but it is part of the Multi-District Litigation case <u>In re LLRice 601 Contamination Litigation</u>, pending before me as 4:06MD1811 CDP. Accordingly,

**IT IS HEREBY ORDERED** that this case is consolidated with 4:06MD1811 CDP for all purposes. All orders entered in that case apply here and unless specifically ordered otherwise, all filings from this point forward should be in the MDL case only.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 15th day of February, 2007.